ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 AUG 17 PM 4: 55

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JESSIE L. ARNOLD, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV606-23 |
| ) | |
| JACQUELIN EVETTE McKINNEY, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

In an order dated March 13, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by April 12, 2006, would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 17th day of August, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA